ORIGINAL

*United States District Court*   *Complaint*
*Eastern District Of New York*   *Jury Trial Demanded*

*Carlos. A. Antonetti   (Plaintiff)*   **CV 13 - 0771**
*-Against -*
*The City Of New York,*
*Woodhull Medical And Mental Health Center,* (HHC)
*Davol, A Bard Company.   (Defendants)*

RECEIVED FEB 08 2013 PRO SE OFFICE

GARAUFIS, J

*1. Parties*
*Plaintiff- Carlos. A. Antonetti., Resides at 263 Stockholm Street, Brooklyn New York 11237 Apt#2R. (Mailing Address) is 237 Irving Avenue, Brooklyn New York 11237 Apt#2R.*
*Defendants- Woodhull Medical And Mental Health Center. 760 Broadway, Brooklyn New York 11206.*
*The City Of New York, Office Of The Comptroller. 1 Centre Street. New York, N.Y. 10007-2341*
*Davol, A Bard Company   100 Crossings Boulevard, Warwick   R.I.   02886.*
*2. The jurisdiction of this Court is invoked pursuant under the laws and rules   21 U.S.C. 360 And   38 U.S.C. 7316   and its defended by the Federal Government as well as The United States Of America.*
*3. Statement Of Claim.*
*On February 2008 I had went to Woodhull Medical And Mental Health Center In Brooklyn New York for a routine follow up check up with my medical doctor then in that hospital. DR. ( Zaki Wasfy). Who then claimed and said I had a inguinal hernia and needed surgery. He then referred me to DR. Efren. Quinto. MD (Surgeon) NBHN# 5512   Lic. # 166036 MMIS # 698866. Who Proformed the surgery and procedure on Wednesday March 26, 2008 in the afternoon time. The device that was placed inside of me was a keyhole mesh (Davol Bard Mesh Perfix Plug size medium plug with expiration date April 2012   Lot- HURD0815 REF-0112960. After about a year or so Summer of 2009. I had*

*started to feel survere pains cramps and tingling like electricity going down my left pelvic area to my left scrodum and testicle and down my left leg as well. The pain would occur when I would be either walking or going up or down the stairs laying sitting getting up etc. I informed the surgeon Dr. Quinto that I was feeling pains and very strange and different after this device being implanted in me. He told me some people heal faster then others and some longer but that also that in some people there body rejects the mesh. He started giving me shots in the area of the surgery and said that eventually I would heal better but that wasn't helping at all or happening. He then in late 2010 two years after the surgery ordered some cat scans of my pelvic and abdominal area. When I went for the results he later then told me the the scar tissue that remains after surgery and the mesh plug must have gotten caught with my nerve that goes down my left thigh and leg to my left scrodum area. That he could kill off the nerve so I wont feel that much pain or discomfort but that the left side of my thigh the front area would feel num without much feeling. I told him no that I wanted the mesh removed because I knew it had messed up my insides cause I was feeling it and different he claimed that the mesh and scar tissue both caused the damage that literally damaged one of my nerves. He then scheduled me for surgery on January 12, 2011 in the afternoon time at Woodhull Medical And Mental Health Center In Brooklyn New York 11206 760 Broadway. Even after the removal of this device I still feel pains discomfort going from pelvic area and abdominal area to my left leg and left scrodum area. This device I had implanted in me has caused a lot of heartache and pains and discomforts in my life at times without sleep because of it. I left that hospital after that surgery the second one to remove the mesh so I could go by my house to a hospital I feel more safer with and secure Wyckoff Heights Medica Center In Brooklyn New York 11237.   374   Stockholm Street. I follow up there with my pain management doctor who gives me medications for my pains that has to do with my back and neck disabilities too and*

*also with the inguinal hernia surgery and its pains and discomforts. I still follow up with my doctors and primary specialist doctors at Wyckoff Hospital no Longer in Woodhull I stopped going to Dr. Quinto in mid 2012. When he had scheduled me for another cat scan but I was afraid of getting another one because I have gotten a few already there in that hospital along with mri's and that radiation going inside of you constantly and too much I know its no good it could also hurt my chances of producing and having kids as well. Iam really holding more this Davol Bard Mesh Company for there product implanted in me and the Hospital Woodhull And City Of New York for using these products from this company in City hospitals (HHC) without knowing the consiquences of it and how it might affect someones life or body. This is something that they must really consider of recalling if they havent yet I personally made my complaint with The FDA in early 2011 after the mesh plug removal. I explained the affects and troubles and problems health wise its caused in my life so far. Iam asking this court and hoping they would hold this company liable as well as The Hospital that used and implanted the product in me along with The City Of New York for there negligence malpractice (38 U.S.C. 7316) and products used on humans that cause bodily harm damage and at times death. Iam hoping and wishing for a resolution with this issue and matter at hand.*

4. *Remedy. (Demands).*

*The City Of New York.   The City Of New York, Office Of The Comptroller. 1 Centre Street. New York, N.Y. 10007-2341. (Mental and Physical Anguish And Suffering) Malpractice And Negligence.* **38 USC 7316 - Sec. 7316.**

**Malpractice and negligence.** *21 U.S.C. 360*
***Registration Of Producers of drugs or devices. Classification Of Devices intended for Human Use.   21 U.S.C. 360(c)***
***$50,000***
***Woodhull Medical And Mental Health Center. 760 Broadway,***

*Brooklyn New York 11206. (Mental and Physical Anguish And Suffering) Malpractice And Negligence.* **38 USC 7316 - Sec. 7316. Malpractice and negligence.**
*21 U.S.C. 360 Registration Of Producers of drugs or devices. Classification Of Devices intended for Human Use.*
*21 U.S.C.360(c)*
**$70,000.**
*Davol, A Bard Company, 100 Crossings Boulevard, Warwick R.I. 02886.*
*(Mental and Physical Anguish And Suffering) Malpractice And Negligence.* **38 USC 7316 - Sec. 7316. Malpractice and negligence.** *21 U.S.C. 360 Registration Of Producers of drugs or devices. Classification Of Devices intended for Human Use. 21 U.S.C. 360(c)*
**$70,000.**
**$190,000. Total.**
**347-772-9025 - 347-787-8751. Carlos. A. Antonetti.**
**02/05/2013.**

*[Signature: Carlos. A. Antonetti.]*
*2/6/2013.*

# WOODHULL MEDICAL CENTER
## 760 BROADWAY
## BROOKLYN, NEW YORK 11206

**DEPARTMENT OF NURSING**
**OPERATING ROOM LOG**

0390669 0 07/18/1972
ANTONETTI CARLOS
237 IRVING AVE 1F
BROOKLYN NY 11237
ZAKI, WASFY 8000390669

- ☒ SCHEDULE
- ☐ ADD-ON
- ☐ RE-OP
- ☐ EMERGENCY
- ☐ CANCELLED
- PT TYPE: Ambulatory
- ASA CLASS: 1
- PATIENT IN: 1310
- ANES. START: 1310
- INCISION START: 1325
- OPERATION FINISH: 1355
- PATIENT OUT: 1405
- SURGERY TIME: 55 mins
- ☒ MINOR - under 60 min.
- ☒ CLEAN
- ☐ MAJOR 61-180 min.
- ☐ CLEAN CONT
- ☐ INTENSIVE MAJOR (greater than 3 hours)
- ☐ INFECTED
- ☐ CONT

DATE: 3/26/08
O.R. ROOM #: 5
CASE #: 3
SERVICE: General

**Pre-op Diagnosis:** Left Inguinal Hernia
**Post-op Diagnosis:** same
**Procedure(s):** REPAIR - LEFT INGUINAL HERNIA c PLUG & MESH

**Surgeon(s):** Dr. Quinta
**Assistant(s):** Dr. Miazga

**Scrub: (s)** 1. Melendez — Title: ORT — Time In: 1245 — Time Out: 1405

**Anesthesiologist(s):** Dr. Kommineni
**CRNA:**
**Anes Type:** ☒ Gen ☐ MAC ☒ Local ☐ Epidural ☐ Spinal ☐ Other:
**Autotransfusionist(s):**

**Circulators: (c)** 1. Kandasammy — RN — 1245 — 1405

| | INITIAL COUNT | 2nd COUNT | CORRECT | 3rd COUNT | CORRECT |
|---|---|---|---|---|---|
| Sponge | S Melendez / C Kandasammy | S Melendez / C Kandasammy | ☒ Yes / ☐ No | S Melendez / C Kandasammy | ☐ Yes / ☐ No |
| Sharps | S Melendez / C Kandasammy | S Melendez / C Kandasammy | ☐ Yes / ☐ No | S Melendez / C Kandasammy | ☐ Yes / ☐ No |
| Inst. | S Melendez / C Kandasammy | S Melendez / C Kandasammy | ☒ Yes / ☐ No | S Melendez / C Kandasammy | ☒ Yes / ☐ No |

**Action for Incorrect Count:** X-Ray Taken ☐ Yes, Results: _____ If No, Explain: _____

| Tissue Spec | no | Cytology no | F/B Rem ☐ Yes ☒ No | Explant ☐ Yes ☒ No | Blood Adm ☐ Yes ☒ No | X-Ray ☐ Yes ☒ No |
| F/Section | no | Microbiology no | Implant ☒ Yes ☐ No | Laser ☐ Yes ☒ No | Cell Saver ☐ Yes ☒ No | Fluoro ☐ Yes ☒ No |

**Comments:** Time Out Done 1315 hrs

Bard® Mesh Perfix® Plug
Size: Medium Plug
REF 0112960
LOT HURD0815

**Final Circulator Signature:** SKandasammy
**Print Name:** SKANDASAMMY  RN

WH231 REV. 3/03

CHART COPY

Date of Admission _____

Date of Discharge _____1/12/11_____

Date of Surgery _____

Diagnosis and operative procedures
_Postherni neuralgia_
_Exploration left groin + removal of mesh_

YOUR FOLLOW-UP APPOINTMENT DATE IS ___1 wk___
It is important that you keep this appointment. Please bring this slip with you when you come to the clinic or if your have to come to the Emergency Room.

DIET:      Restricted    ☑ NO      ☐ YES (Please Specify: _____

| MEDICATIONS | DOSE & WHEN TO TAKE | HOW LONG TO TAKE |
|---|---|---|
| Tylenol #3 | 2 tab | po q 4 h prn |
| | | |
| | | |

**ADDITIONAL INSTRUCTIONS**
Pain medication: Take as directed by your physician _____

☐ Do not drink any alcoholic beverages while taking this medication.
☐ Do not operate any machinery or a motor vehicle while taking this medication.
☐ Do not take this medication on an empty stomach.
☐ This medication may become habit forming.
☐ Do not take more than _____ pills in any 24 hour period.

FOR PATIENT:
I, X _Carlos Antonetti_____, have received a copy of this instruction form and understand the information that has been explained and given to me.

X _Carlos Antonetti_     _[Nurse signature]_     _1/12/11_
Signature of: ☐ Patient          Nurse's Signature         Date
              ☐ Family Member
              ☐ Significant Other

_[Provider Name]_   _[Provider Signature]_   1372   1/12/11
Provider Name (Print)   Provider Signature   ID#   Date

| FOR FACILITY USE ONLY | Chart No. |
|---|---|
| NEW YORK CITY<br>HEALTH AND HOSPITALS CORPORATION<br>**INFORMED CONSENT<br>PROGRESS NOTE**<br>(The Informed Consent Form HHC 100 B-1<br>on the reverse side must also be completed) | Name:<br><br>Ward No.<br><br>(Patient Imprint Card) |

I explained the risks, benefits and alternatives of the _Removal of skin_ (Identify Procedure) to the above-named patient for treatment of _hernia pain_ (Identify Diagnosis).

As I explained to the patient, the risks, benefits, side effects, alternatives, intended goals and likelihood of success of the procedure (including potential problems with recuperation) include but are not limited to:

Risks and Side Effects: _bleeding, infection_

Benefits: _↓ pain_

Alternatives (including their risks, side effects and benefits): _Nm_

I provided the above-named patient with the opportunity to ask questions. I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_[signature]_ _10/12/10_
Signature of Attending Physician or Authorized Health Care Provider*   Date

Print Name and Identification Number

---

IF SOMEONE IS MAKING HEALTH CARE DE[CISIONS BECAUSE]
THE PATIENT LACKS DECISIONAL CAPAC[ITY]

AT[TESTATION]

I have examined the above-named patient and
informed health care decisions. I understand th[at]
the patient's Health Care Proxy must be inserte[d]
ment for the patient, the next of kin's relationsh[ip]

Signature of the Attending Physician

Print Name and Identification Number

* Authorized Health Care Provider is one who is cred[entialed]
that requires informed consent. See also HHC Conse[nt Policy]

HHC 100B-1 (R Jul 04) English

# NEW YORK CITY
# HEALTH AND HOSPITALS CORPORATION

# INFORMED CONSENT FOR INVASIVE, DIAGNOSTIC, MEDICAL & SURGICAL PROCEDURES

Chart No. _____

RECEIVED JAN 0 4 2011
RECEIVED JAN 4 0 2011

Name _____

Ward No. _____

(Patient Imprint Card)

**FORM B-1**

I hereby permit ___Dr. Quinto___ (Name of Attending Physician or Authorized Health Care Provider) or his/her Associate Attending Physician of the same service, and assistants as may be selected and supervised by him/her to perform the following medical treatment, operation, or procedure (hereafter called the "procedure"):

___Removal of Mesh Left inguinal a___

The procedure has been explained to me and I have been told the reasons why I need the procedure. The risks of the procedure have also been explained to me. In addition, I have been told that the procedure may not have the result that I expect. I have also been told about other possible treatments for my condition and what might happen if no treatment is received.

I understand that in addition to the risks described to me about this procedure there are risks that may occur with any surgical or medical procedure. I am aware that the practice of medicine and surgery is not an exact science, and that I have not been given any guarantees about the results of this procedure.

I have had enough time to discuss my condition and treatment with my health care providers and all of my questions have been answered to my satisfaction. I believe I have enough information to make an informed decision and I agree to have the procedure. If something unexpected happens and I need additional or different treatment(s) from the treatment I expect, I agree to accept any treatment which is necessary.

I agree to have transfusions of blood and other blood products that may be necessary along with the procedure I am having. The risks, benefits and alternatives have been explained to me and all of my questions have been answered to my satisfaction. **If I refuse to have transfusions I will cross out and initial this section and sign a REFUSAL OF TREATMENT form.**

I agree to allow this facility to keep, use or properly dispose of tissue and parts of organs that are removed during this procedure.

✓ _____Carlos Antonetti_____    Date ___12/7/10___
**Signature of Patient or Parent/Legal Guardian of Minor Patient**

If the patient cannot consent for him/herself, the signature of either the health care agent or legal guardian who is acting on behalf of the patient, or the patient's next of kin who is assenting to the treatment for the patient, must be obtained.

_____  Date _____
**Signature of Health Care Agent/Legal Guardian**
**(Place a copy of the authorizing document in the medical record)**

_____  Date _____
**Signature & Relation of Next of Kin**

**WITNESS:**
I, ___Marlene Hosein Ali___ am a facility employee who is not the patient's physician or authorized health care provider named above and I have witnessed the patient or other appropriate person voluntarily sign this form.
___Marlene Hosein Ali___
**Signature and Title of Witness**

**INTERPRETER/TRANSLATOR:** (To be signed by the interpreter/translator if the patient required such assistance)

To the best of my knowledge the patient understood what was interpreted/translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

HHC 100B-1 (R Jul 04) English

Wed, 12 Jan 11  1430

Page 1 of 2

Woodhull Medical and Mental Health Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-PAOR 10 | Antonetti, Carlos | 390669 | 390669-58 | 38Y | M |

Attending Physician
Quinto, Efren

---

Wed, 26Mar 1558 Operative Report                                    Status: complete

    Date/Time of Procedure   : Wed, 26 Mar 2008  2008
    Surgeon                  : Efren Quinto, MD
    Assistant(s)             : Maria Miegge Viera, MD
    Attending                : Efren Quinto, MD
    Dictated by              : Efren Quinto, MD
    Dictation Date/Time      : Wed, 26 Mar 2008  1558
    Procedure Details        : Operative note

    Anesthesia type:  General
    Preoperative diagnosis:  Left inguinal herni
    Postoperative diagnosis:  Same
    Procedure:  Repair of left inguinal hernia
    Findings:      Left reducible direct inguinal
    hernia
    Description of procedure:  Patient was
    brought to the operating room was placed in
    supine position and after properly monitored
    a spinal anesthesia was given.  The lower
    abdomen is prepped and draped in routine
    manner.  A small incision is given half an
    inch above and parallel to the inguinal
    ligament in its medial third.  Scarpa's
    fascia was divided in the same line.  The
    external oblique aponeurosis was divided in
    the same line.  Cord structures were
    identified and dissected at the pubic
    tubercle and were encircled and held with a
    penrose drain.  The floor of the inguinal
    canal was cleaned.  Ilioinguinal nerve was
    identified and was preserved.  No indirect
    sac was seen.  A small defect was seen in th
    floor of the inguinal canal.  A plug is
    placed in the defect and was secured with 0
    Prolene.  The keyhole mesh is placed on the
    floor of the inguinal canal and is secured t
    the pubic tubercle medially, conjoined tendo
    superiorly, inguinal ligament inferiorly wit
    a tacker.  The keyhole accommodating the cor
    structures and the flaps were tacked
    together.  The wound is irrigated.  The

Case 1:13-cv-00771-NGG-LB   Document 1   Filed 02/08/13   Page 10 of 15 PageID #: 10

Woodhull Medical and Mental Health Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-PAOR 10 | Antonetti,Carlos | 390669 | 390669-58 | 38Y | M |

Attending Physician
Quinto,Efren

---

Wed, 26Mar 1558 Operative Report -- cont'd
external oblique aponeurosis approximated with 0 Prolene keeping the olioinguinal nerve safe. The Scarpa's fascia was approximated with a 3-0 Vicryl. Skin approximated with staples. Wound is cleaned and dressed. The testicle is pulled down. Patient sent to the recovery room in a good condition.
Specimens removed: None
Estimated blood loss: Minimal
Condition of patient: Good
                Efren Quinto, MD    (26 Mar 08  1559)


* * * End of Report * * *

```
0390669 0    07/  /
ANTONETTI
237 IRVING AV
BROOKLYN       NY 11221
ZAKI, WASFY  8600
```

**NYU Langone Medical Center**

## PATIENT INSTRUCTION SHEET
## AMBULATORY SURGERY

SURGEON: _Dr. Quinta_

DATE/TIME OF SURGERY: _1/12/11_ — will ca to give t/n

REPORT TO: ROOM 3A60 – 3RD FLOOR

**PLEASE FOLLOW THE SPECIAL INSTRUCTIONS BELOW IN PREPARATION FOR YOUR SURGERY:**

__ **DO NOT EAT OR DRINK** ANYTHING AFTER MIDNIGHT THE NIGHT BEFORE YOUR SURGERY. (INCLUDING CANDY AND GUM CHEWING)

__ **STOP ASPIRIN ON:** _diclofenac_  _1/5/11_  _No taking_
DATE

__ ~~YOU MAY TAKE MEDICATIONS AS USUAL.~~ *(Blood Pressure, Seizure, Heartburn Pills, Thyroid, Psychiatric Pills And Any Other Additional Medication Prescribed To You By The PPU Nurse Practioner at 6:00 a.m. With Small Sips of Water.)*

Performed by: _____ MD/NP _____
Stamp/Print Name                Signature           Date

**SPECIAL INSTRUCTIONS:**
- ~~NO MAKE-UP~~
- NO JEWELERY
- ~~NO NAIL POLISH~~
- PLEASE WEAR COMFORTABLE CLOTHING
- ~~NO HIGH HEELS OR SANDALS~~
- YOU SHOULD SHOWER BEFORE SURGERY
- DO NOT DRIVE ON THE DAY OF SURGERY
- NO ALCOHOL-24 hrs before
- IF YOU SMOKE, TRY TO QUIT OR CUT DOWN

_Do not use deodorant lot_
co/sign

**YOU SHOULD BRING THE FOLLOWING:**
1. PRE-OP INSTRUCTION SHEET
2. CLINIC CARD/PHOTO ID
3. HEALTH INSURANCE CARD
4. ESCORT – (A PERSON WHO ASSIST YOU HOME AFTER SURGERY) *(IF YOU DO NOT HAVE AN ESCORT, YOUR PROCEDURE WILL BE RESCHEDULED).*

**PRE-OP INSTRUCTIONS GIVEN BY:** _____

SIGNATURE _K_____ R.N.
DATE _1/5_

PATIENT NAME _Paula Antonetti_
PATIENT SIGNATURE/LEGAL GUARDIAN

MEDICAL RECORD # _____
DATE _1-5-11_

For Questions Call:
Day Surgery – Room 3A60
Pre-Procedure Unit – Room 2C125
(718) 963-8868  _4pm_
(718) 963-8885

If you have any questions, please call your physician at _____

2 Feb 10  1530                                                     Page 1 of 2

Woodhull Medical and Mental Health Center
760 Broadway, Brooklyn, NY  11206
Radiology Department

Patient: Antonetti,Carlos    MRN-V#: 390669-83    DOB: 07/18/72 Age: 37Y    Sex: M

Location: Surgery - 780

DOS: 1 Feb 10  1033                                    Status: complete

Abdomen CT* With Contrast

INDICATIONS
Recurrent unilateral or unspecified inguinal hernia, without mention of obstruction or gangrene

CT SCAN OF THE ABDOMEN AND PELVIS WITHOUT CONTRAST:

CLINICAL INDICATION: History of left inguinal hernia repair. Complaining of nodule and left lower anterior abdominal wall.

Multidetector helical 3 mm axial and 4 mm coronal and sagittal imaging was performed from the xiphoid process to the ischial tuberosities after peroral and without IV contrast. The patient declined the IV use of contrast material. Comparison is made with the prior study from 3/20/09.
The previously described small amount of soft tissue attenuation deep to the left inguinal canal is again visualized appearing grossly unchanged from the last examination, possibly slightly smaller (1.8 cm in maximal dimension), in all likelihood reflecting postoperative fibrotic residuals. No inguinal hernia is noted on either side. Very small short linear/curvilinear and focal soft tissue attenuation is seen in the deep subcutaneous fat layer of the inferior left anterior abdominal wall at the approximate level of the left iliac crest, unchanged from prior study compatible with likely focal postoperative fibrosis. No focal soft tissue mass or ventral hernia is demonstrated.
The solid, parenchymal organs of the upper abdomen appear normal in size and shape. Cannot evaluate for intraparenchymal space occupying lesions without intravenous contrast. There is a tiny, about 5 mm well circumscribed near water attenuation structure in the posterior superior aspect of the right kidney, unchanged from prior study likely reflecting a small cyst. The gallbladder appears unremarkable. The adrenal glands are not enlarged. There is no evidence of hydronephrosis. The abdominal aorta is of normal diameter. The urinary bladder appears grossly unremarkable on this noncontrast study. The prostate gland and seminal vesicles appear unremarkable . The opacified gastrointestinal tract appears grossly unremarkable. The osseous structures appear intact. The included basilar lung fields are clear. Posterior disk protrusions are again demonstrated at L4/L5 and L5/S1, appearing slightly more prominent or larger when compared to the prior study. If clinically warranted MRI of the lumbar spine could be performed.
IMPRESSION: SMALL AMOUNT OF SOFT TISSUE ATTENUATION DEEP TO THE LEFT INGUINAL CANAL, MINIMALLY SMALLER SINCE THE LAST EXAMINATION BUT GROSSLY UNCHANGED. GIVEN THE PATIENT'S HISTORY OF PREVIOUS LEFT INGUINAL HERNIA REPAIR, THIS LIKELY REPRESENTS POSTOPERATIVE FIBROSIS. LIKELY TINY, ABOUT 5 MM RIGHT RENAL CYST, UNCHANGED FROM PRIOR STUDY. L4/L5 AND L5/S1 POSTERIOR DISC PROTRUSIONS

Read By: Oskar Salamon, MD            Verified by:
Date:    02/01/2010

2 Feb 10   1530                                                              Page  2 of  2

Woodhull Medical and Mental Health Center
760 Broadway, Brooklyn, NY  11206
Radiology Department

Patient: Antonetti,Carlos   MRN-V#: 390669-83   DOB: 07/18/72 Age: 37Y   Sex: M

Location: Surgery - 780

DOS: 1 Feb 10   1033                              Status: complete

Abdomen CT* With Contrast

APPEARING SLIGHTLY LARGER SINCE THE LAST EXAMINATION.  THIS IS MORE ACCURATELY
ASSESSED WITH MRI OF THE LUMBAR SPINE , IF CLINICALLY WARRANTED.  NO INGUINAL
OR VENTRAL HERNIA NOTED.  MINIMAL FOCAL POSTOPERATIVE FIBROTIC CHANGES IN THE
INFERIOR LEFT ANTERIOR ABDOMINAL WALL, AS DISCUSSED ABOVE.

---

Electronically signed by:    Dr. Oskar Salamon
Date:                        02/01/10
Time:                        11:37




Read By: Oskar Salamon, MD             Verified by:
Date:    02/01/2010

2 Feb 10  1530                                                           Page 1 of 2

           Woodhull Medical and Mental Health Center
                760 Broadway, Brooklyn, NY  11206
                      Radiology Department

Patient: Antonetti,Carlos    MRN-V#: 390669-83    DOB: 07/18/72 Age: 37Y  Sex: M

Location: Surgery - 780

DOS: 1 Feb 10  1033                              Status: complete

Pelvis CT* With Contrast

INDICATIONS
Unilateral or unspecified inguinal hernia, with obstruction, without mention of
gangrene (not specified as recurrent)

CT SCAN OF THE ABDOMEN AND PELVIS WITHOUT CONTRAST:

CLINICAL INDICATION: History of left inguinal hernia repair. Complaining of
nodule and left lower anterior abdominal wall.

Multidetector helical 3 mm axial and 4 mm coronal and sagittal imaging was
performed from the xiphoid process to the ischial tuberosities after peroral
and without IV contrast.  The patient declined the IV use of contrast material.
Comparison is made with the prior study from 3/20/09.
The previously described small amount of soft tissue attenuation deep to the
left inguinal canal is again visualized appearing grossly unchanged from the
last examination, possibly slightly smaller (1.8 cm in maximal dimension), in
all likelihood reflecting postoperative fibrotic residuals.  No inguinal hernia
is noted on either side. Very small short linear/curvilinear and focal soft
tissue attenuation is seen in the deep subcutaneous fat layer of the inferior
left anterior abdominal wall at the approximate level of the left iliac crest,
unchanged from prior study compatible with likely focal postoperative
fibrosis.  No focal soft tissue mass or ventral hernia is demonstrated.
The solid, parenchymal organs of the upper abdomen appear normal in size and
shape.  Cannot evaluate for intraparenchymal space occupying lesions without
intravenous contrast. There is a tiny, about 5 mm well circumscribed near water
attenuation structure in the posterior superior aspect of the right kidney,
unchanged from prior study likely reflecting a small cyst. The gallbladder
appears unremarkable.  The adrenal glands are not enlarged. There is no
evidence of hydronephrosis. The abdominal aorta is of normal diameter. The
urinary bladder appears grossly unremarkable on this noncontrast study.  The
prostate gland and seminal vesicles appear unremarkable .  The opacified
gastrointestinal tract appears grossly unremarkable.. The osseous structures
appear intact.  The included basilar lung fields are clear.  Posterior disk
protrusions are again demonstrated at L4/L5 and L5/S1, appearing slightly more
prominent or larger when compared to the prior study.  If clinically warranted,
MRI of the lumbar spine could be performed.
IMPRESSION: SMALL AMOUNT OF SOFT TISSUE ATTENUATION DEEP TO THE LEFT INGUINAL
CANAL, MINIMALLY SMALLER SINCE THE LAST EXAMINATION BUT GROSSLY UNCHANGED.
GIVEN THE PATIENT'S HISTORY OF PREVIOUS LEFT INGUINAL HERNIA REPAIR, THIS
LIKELY REPRESENTS POSTOPERATIVE FIBROSIS. LIKELY TINY, ABOUT 5 MM RIGHT RENAL
CYST, UNCHANGED FROM PRIOR STUDY.  L4/L5 AND L5/S1 POSTERIOR DISC PROTRUSIONS

   Read By: Oskar Salamon, MD            Verified by:
   Date:    02/01/2010

2 Feb 10   1530                                                                 Page   2 of   2

Woodhull Medical and Mental Health Center
760 Broadway, Brooklyn, NY   11206
Radiology Department

Patient: Antonetti,Carlos     MRN-V#: 390669-83     DOB: 07/18/72 Age: 37Y   Sex: M

Location: Surgery - 780

DOS: 1 Feb 10   1033                                  Status: complete

Pelvis CT* With Contrast

APPEARING SLIGHTLY LARGER SINCE THE LAST EXAMINATION.  THIS IS MORE ACCURATELY ASSESSED WITH MRI OF THE LUMBAR SPINE , IF CLINICALLY WARRANTED.  NO INGUINAL OR VENTRAL HERNIA NOTED.  MINIMAL FOCAL POSTOPERATIVE FIBROTIC CHANGES IN THE INFERIOR LEFT ANTERIOR ABDOMINAL WALL, AS DISCUSSED ABOVE.

---

Electronically signed by:     Dr. Oskar Salamon
Date:                   02/01/10
Time:                   11:37




Read By: Oskar Salamon, MD             Verified by:
Date:    02/01/2010