UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLOS ANTONETTI,                                         13 CV 771 (NGG)(LB)

                        Plaintiffs,

                -against-                                             STIPULATION OF
                                                            DISCONTINUANCE

CITY OF NEW YORK, WOODHULL MEDICAL
AND MENTAL HEATLH CENTER, and DAVOL,

                        Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that plaintiff CARLOS ANTONETTI's action is hereby discontinued with prejudice as against the defendant DAVOL without costs to either party against the other.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be filed without further notice with the Clerk of the Court, and that a facsimile copy of this Stipulation shall be deemed an original for the purposes of the validity of the Stipulation, and the Stipulation may be signed in counterparts.

Dated: New York, New York
         May 20, 2014

_____                                              _____
JESSNER & KOBIN, LLP                                                   REED SMITH
Attorneys for Plaintiff                                                Attorneys for defendants Davol
50 Broadway                                                            599 Lexington Avenue, 22nd Floor
New York, New York 10004                                               New York, NY 10022
(212) 750-4949                                                         (212) 521-5400

So ordered,
s/Nicholas G. Garaufis
7/8/14